IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SHERRY L. CURRIE,

    Plaintiff,

    v.

CAROLYN W. COLVIN
Commissioner of the Social Security
Administration,

    Defendant.

CIVIL ACTION FILE
NO. 1:16-CV-1308-TWT

**ORDER**

This is an action seeking judicial review of a decision of the Commissioner denying the Plaintiff's application for Social Security disability benefits. It is before the Court on the Report and Recommendation [Doc. 9] of the Magistrate Judge recommending affirming the decision of the Commissioner. No Objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The decision of the Commissioner is AFFIRMED. This action is DISMISSED.

SO ORDERED, this 13 day of July, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge